# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 10-CV-00624-CMA-CBS

CHARLOTTE THOMAS,

    Plaintiff,

v.

CHRISTOPHER MANOS,
JAELLA RANGEL,
SUSAN LYNN WHITE, and
ARAPAHOE COUNTY, by and through the ARAPAHOE BOARD OF COMMISSIONERS,

    Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS
## DEFENDANTS MANOS, RANGEL AND WHITE

---

This matter is before the Court on the parties' Stipulated Motion to Dismiss Defendants Manos, Rangel and White (Doc. # 46). The Court has reviewed the Stipulation and ORDERS as follows:

Defendants Christopher Manos, Jaella Rangel and Susan Lynn White are hereby DISMISSED WITH PREJUDICE, each party to bear his or her own costs and fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Christopher Manos, Jaella Rangel and Susan Lynn White as Defendants in this case.

DATED: July __16__, 2010

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge