**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-CV-00624-CMA-CBS

CHARLOTTE THOMAS,

    Plaintiff,

v.

ARAPAHOE COUNTY, by and through the ARAPAHOE BOARD OF COMMISSIONERS,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter comes before the Court upon the parties' Stipulated Motion to Dismiss (Doc. # 48). The Court has reviewed the Stipulation and ORDERS as follows:

The parties' motion is GRANTED and it is ORDERED that the entirety of Plaintiff's claims and this case are hereby DISMISSED WITH PREJUDICE, each party to pay her or its own costs and fees.

DATED: September __8__, 2010

                                                      BY THE COURT:

                                                      _____
                                                      CHRISTINE M. ARGUELLO
                                                      United States District Judge